1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT

8            CENTRAL DISTRICT OF CALIFORNIA

9

10   RICARDO GUILLEN LOPEZ,          )        No.  SACV 11-379-DDP (AGR)
                                      )
11                  Petitioner,       )
                                      )        JUDGMENT
12       v.                           )
                                      )
13   UNKNOWN,                         )
                                      )
14                  Respondent.       )
     _____)

15

16        Pursuant to the Order Accepting Findings and Recommendation of United

17   States Magistrate Judge,

18        IT IS ADJUDGED that the Petition in this matter is denied and dismissed with

19   prejudice.

20

21   DATED:  October 16, 2013        _____

22                                        DEAN D. PREGERSON
                                          United States District Judge

23

24

25

26

27

28